## SUPREME COURT OF MONTANA

| | | | |
|---|---|---|---|
| State v. Brunell 2017 MT 77N | DA 14-0629 Affirmed | 04/04/17 | Dist. 3 (Deer Lodge) |
| Marriage of Jackson 2017 MT 78N | DA 15-0573 Affirmed | 04/04/17 | Dist. 4 (Missoula) |
| Marriage of Buck 2017 MT 84N | DA 16-0339 Affirmed & Reversed | 04/11/17 | Dist. 11 (Flathead) |
| Matter of G.S. & A.S., YINC 2017 MT 85N | DA 16-0483 Affirmed | 04/11/17 | Dist. 13 (Yellowstone) |
| State v. Chippewa 2017 MT 86N | DA 16-0045 Affirmed | 04/11/17 | Dist. 13 (Yellowstone) |
| State v. Dennison 2017 MT 87N | DA 16-0036 Affirmed | 04/11/17 | Dist. 11 (Flathead) |
| Richards, et al. v. 19th Judicial Dist. | OP 17-0135 Denied | 04/11/17 | Original Proceeding Supervisory Control |
| Guth v. 19th Jud. District | OP 17-0189 Denied | 04/11/17 | Original Proceeding Supervisory Control |
| Doyle v. State 2017 MT 90N | DA 16-0167 Affirmed | 04/18/17 | Dist. 2 (Silver Bow) |